**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER<br><br>   Plaintiff(s),<br><br>   v.<br><br>DALE D. JONES, et al.<br><br>   Defendant(s). | CASE NO:<br>2:21−cv−02726−FMO−E<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: May 21, 2021         /s/ *Fernando M. Olguin*
                             Fernando M. Olguin
                             United States District Judge